UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 22, 2025

_____

RULE 45 NOTICE

_____

No. 25-1959,   In re: George McDermott
               1:25-cv-02029-TTC

TO:    George E. McDermott

**DEFAULT(S) MUST BE REMEDIED BY:** 10/07/2025

Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default(s) identified below are remedied within 15 days of the date of this notice through receipt of the requisite form(s) or fee in the appropriate clerk's office. Forms are available for completion as links from this notice and at the court's website, www.ca4.uscourts.gov.

[x] Filing fee must be paid to Clerk, U. S. District Court, or **IFP-Application to proceed in forma pauperis** must be received in the Court of Appeals clerk's office.

[x] **Informal opening brief** must be received in the Court of Appeals clerk's office.

A. Walker, Deputy Clerk
804-916-2702